UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES KOTUR,<br><br>              Plaintiff,<br><br>    v.<br><br>POWER CITY CONTRACTORS, INC.;<br>DARYL TOMLINSON; SCHMITT<br>ELECTRIC, INC.; RICH PARKS;<br>MAJOR ELECTRIC, INC.; DAVE<br>REDDICK; LOCAL UNION 191;<br>DAVE HOWSON; MIKE BAIRD; and<br>JOE MENSTER,<br><br>              Defendants. | NO. CV-07-0015-EFS<br><br>**ORDER GRANTING PARTIES'<br>STIPULATED MOTION FOR ENTRY OF<br>ORDER OF DISMISSAL WITH<br>PREJUDICE** |

Before the Court, without oral argument, is a Stipulated Motion for Entry of Order of Dismissal with Prejudice between Plaintiff, proceeding *pro se*, and Defendants Power City Contractors, Inc.; Daryl Tomlinson; Schmitt Electric, Inc.; Rich Parks; Major Electric, Inc.; and Dave Reddick.  The Court finds good cause to accept the stipulation and to dismiss the listed Defendants.  The case will continue as to the remaining Defendants.

**ACCORDINGLY, IT IS HEREBY ORDERED**: the Stipulated Motion for Entry of Order of Dismissal with Prejudice **(Ct. Rec. 17)** is **GRANTED**.  Defendants Power City Contractors, Inc.; Daryl Tomlinson; Schmitt Electric, Inc.; Rich Parks; Major Electric, Inc.; and Dave Reddick are

ORDER ~ 1

1 | hereby dismissed with prejudice; each side is to pay their own fees and
2 | costs.
3 |     **IT IS SO ORDERED.**  The District Court Executive is directed to enter
4 | this Order and provide a copy to Plaintiff and counsel.
5 |     **DATED** this 12th day of April 2007.

                            s/Edward F. Shea
                            EDWARD F. SHEA
                     United States District Judge

Q:\Civil\2007\0015.stip.dismiss.wpd

ORDER ~ 2