1

2

3

4

5

6                                  UNITED STATES DISTRICT COURT
                                   EASTERN DISTRICT OF WASHINGTON
7

8  JAMES KOTUR,

9                      Plaintiff,          NO. CV-07-0015-EFS

10           v.

11  LOCAL UNION 191; DAVE HOWSON;          **ORDER GRANTING PARTIES'**
   MIKE BAIRD; and JOE MENSTER,            **STIPULATED MOTION FOR ENTRY OF**
                                           **ORDER OF DISMISSAL WITH**
12                     Defendants.         **PREJUDICE AND CLOSING FILE**

13

14

15       Before the Court, without oral argument, is a Stipulated Motion for

16  Entry of Order of Dismissal with Prejudice between Plaintiff, proceeding

17  *pro se*, and Defendants Local Union 191, Dave Howson, Mike Baird, and Joe

18  Menster.  The Court finds good cause to accept the stipulation and to

19  dismiss the listed Defendants.  This stipulation ends the case;
   therefore, the file shall be closed.
20
        **ACCORDINGLY, IT IS HEREBY ORDERED**: the Stipulated Motion for Entry
21
   of Order of Dismissal with Prejudice **(Ct. Rec. 20)** is **GRANTED**.
22
   Defendants Local Union 191, Dave Howson, Mike Baird, and Joe Menster are
23
   hereby dismissed with prejudice; each side is to pay their own fees and
24
   costs.  The file shall be **closed.**
25
   ///
26

ORDER ~ 1

1    **IT IS SO ORDERED.**  The District Court Executive is directed to enter

2  this Order and provide a copy to Plaintiff and counsel.

3    **DATED** this 30th  day of April 2007.

4

5                    S/ Edward F. Shea
                     EDWARD F. SHEA
6                United States District Judge

7
   Q:\Civil\2007\0015.stip.dismiss.2.wpd
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ~ 2